UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| QUINCEY OMAR RANDOLPH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON CORRECTIONS CENTER,<br><br>　　　　　Defendant. | CASE NO. 3:20-CV-5359-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: June 19, 2020 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Quincey Omar Randolph, proceeding *pro se*, filed a proposed complaint on April 15, 2020. Dkt. 1. On April 21, 2020, the Clerk of Court sent Plaintiff a letter directing him to pay the feeling fee or submit an application for *in forma paurpis* ("IFP") status. Dkt. 2. The Clerk of Court provided Plaintiff with the an IFP form and warned Plaintiff that if he did not respond to the letter by May 21, 2020, this action may be subject to dismissal. *Id*.; *see also* Dkt. 2-1.

1  Plaintiff has not responded to the Clerk of Court's letter, has not filed an application to
2  proceed IFP, and has not paid the filing fee. As Plaintiff has failed to prosecute this case, the
3  Court recommends this case be dismissed without prejudice.
4  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
5  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
6  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
7  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
8  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 19,
9  2020, as noted in the caption.
10  Dated this 3rd day of June, 2020.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2