UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QUINCEY OMAR RANDOLPH,

                Plaintiff,

  v.

WASHINGTON CORRECTIONS CENTER,

                Defendant.

No.  3:20-CV-5359-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 3], recommending this case be dismissed without prejudice for Plaintiff Randolph's failure to prosecute. Plaintiff Randolph has not objected.

(1)    The Report and Recommendation is **ADOPTED**;

(2)    This case is dismissed for Plaintiff Randolph's failure to prosecute and this case is closed.

The Clerk is directed to send copies of this Order to Plaintiff Randolph and to the Hon. David W. Christel.

**DATED** this 23rd day of July, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1